UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS D. YOUNG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER SANDOVAL,<br><br>　　　　　Defendant. | No.  2:12-cv-2673-KJM-EFB P<br><br><br><u>ORDER</u> |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 6, 2015, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Defendant has filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to file the entire transcript of plaintiff's deposition taken on February 24, 2014, a copy of which was lodged on April 8, 2014 and excerpts of which are contained in Defendant's Exhibit B, ECF No. 27-3;

2. The findings and recommendations filed January 6, 2015, are adopted in full; and

3. The motion for summary judgment filed by Sandoval on April 4, 2014 (ECF No. 27) is denied.

DATED: March 30, 2015.

_____
UNITED STATES DISTRICT JUDGE