UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS D. YOUNG,<br><br>                Plaintiff,<br><br>       v.<br><br>OFFICER SANDOVAL,<br><br>                Defendant. | No. 2:12-cv-2673-KJM-EFB P<br><br><u>ORDER APPOINTING COUNSEL</u> |

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On February 3, 2014, plaintiff filed a motion to appoint counsel. ECF No. 22. On February 5, 2014, the court denied plaintiff's motion to appoint counsel. ECF No. 24. On April 29, 2015, the court sua sponte reconsidered and granted plaintiff's motion for appointment of counsel. ECF No. 50. James A. Clark has been selected from the court's pro bono attorney panel to represent plaintiff and he has agreed to be appointed.

      Accordingly, IT IS HEREBY ORDERED that:

1. James A. Clark is appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

/////

/////

1

3. The Clerk of the Court is directed to serve a copy of this order upon James A. Clark, Tower Legal, 8880 Cal Center Dr., Suite 400, Sacramento, California 95826.

DATED: May 7, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE