1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THOMAS D. YOUNG,                        No.  2:12-cv-2673-KJM-EFB P

12             Plaintiff,

13        v.                                 ORDER DIRECTING FILING OF JOINT
                                             PRETRIAL STATEMENT
14   JEFFRIES, et al.,

15             Defendants.

16

17        Plaintiff is a state prisoner proceeding through counsel in an action brought under 42

18   U.S.C. § 1983.  This action is ready to proceed to trial.

19        The parties shall file a *joint pretrial statement* that conforms to the requirements of Local

20   Rule 281(b).  Where the parties are unable to agree as to what factual issues are properly before

21   the court for trial, they should nevertheless list in the section on "DISPUTED FACTUAL

22   ISSUES" all issues asserted by any of the parties and explain by parenthetical the controversy

23   concerning each issue.  The parties should keep in mind that, in general, each fact should relate or

24   correspond to an element of the relevant cause of action. The parties should also keep in mind

25   that the purpose of listing the disputed factual issues is to apprise the court and all parties about

26   the precise issues that will be litigated at trial.  *The court is not interested in a listing of all*

27   *evidentiary facts underlying the issues that are in dispute.*

28   /////

1

Pursuant to Local Rule 281(b), the parties are required to provide in their pretrial statement a list of witnesses and exhibits that they propose to proffer at trial, no matter for what purpose. These lists shall not be contained in the pretrial statement itself, but shall be attached as separate documents to be used as addenda to the final pretrial order. Plaintiff's exhibits shall be listed numerically; defendant's exhibits shall be listed alphabetically.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The parties shall file a joint pretrial statement within 60 days of the date of this order.

2. The dates for a pretrial conference and a jury trial before a district judge will be set in the pretrial order.

DATED:  January 11, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2