1   KAMALA D. HARRIS, State Bar No. 146672
    Attorney General of California
2   MONICA N. ANDERSON, State Bar No. 182970
    Supervising Deputy Attorney General
3   R. LAWRENCE BRAGG, State Bar No. 119194
    Deputy Attorney General
4     1300 I Street, Suite 125
      P.O. Box 944255
5     Sacramento, CA 94244-2550
      Telephone: (916) 445-2595
6     Fax: (916) 324-5205
      E-mail: Lawrence.Bragg@doj.ca.gov
7   *Attorneys for Defendant Sandoval*

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO DIVISION

11

| | |
|---|---|
| **THOMAS D. YOUNG,** | 2:12-cv-2673 KJM EFB PC |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL STATEMENT; ~~PROPOSED~~ ORDER** |
| **v.** | |
| **OFFICER JEFFERIES, et al.,** | Judge:        The Honorable Edmund F. Brennan |
| Defendant. | Trial Date:    Not Set |
| | Action Filed:  October 29, 2012 |

19        IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

20        1.     That the Court issued an Order requiring the filing of a Joint Pretrial Statement within

21   sixty days of the date of the Order (Order, ECF No. 59);

22        2.     That counsel for Plaintiff Young is out of the country, which prevents counsel from

23   reviewing the draft Joint Pretrial Statement prepared by defense counsel;

24        3.     That counsel for Defendant Sandoval will be in trial in another matter, *Anderson v.*

25   *Kelso,* No. 2:12-cv-00261 MCE KJN, beginning on March 14, 2016;

26        4.     That the parties wish to pursue a settlement by scheduling a second Settlement

27   Conference before Magistrate Judge Newman; and

28   ///

                                    1

1      4.    That the deadline for submitting a Joint Pretrial Statement be extended sixty days to

2  May 10, 2016.

3

4      **SO STIPULATED.**

5  Dated:  March 11, 2016                  Respectfully submitted,

6                           KAMALA D. HARRIS
Attorney General of California
7                           MONICA N. ANDERSON
Supervising Deputy Attorney General
8

9                           */s/ R. LAWRENCE BRAGG*

10                         R. LAWRENCE BRAGG
Deputy Attorney General
11                         *Attorneys for Defendant Sandoval*

12                         TOWER LEGAL GROUP

13                         */s/ JAMES CLARK*

14                         JAMES CLARK
*Attorneys for Plaintiff Young*
15

16

17                    **ORDER**

18      In light of the stipulation of the parties, and good cause appearing, it is ordered that the

19  deadline to submit a Joint Pretrial Statement is extended to May 10, 2016.

20

21  Dated:  March 15, 2016.

22                           EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE
23

24

25

26  SA2013310992
27  12167018.doc

28